UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/2023
```

-------------------------------------------------------------- X
               :
M.B., *Individually*, *et al.*,         :
               :
             Plaintiffs,  :       1:23-cv-1618-GHW
               :
          -v -       :        ORDER
               :
NEW YORK CITY DEPARTMENT OF  :
EDUCATION,          :
               :
             Defendant.  :
               X
-------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

On March 3, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than March 17, 2023.  Dkt. No. 8.  Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's March 3, 2023 order forthwith, and in no event later than March 24, 2023.

SO ORDERED.

Dated: March 20, 2023
      New York, New York

_____
GREGORY H. WOODS
United States District Judge