USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
M.B., *Individually*, *et al.*,                                      :
:
                                Plaintiffs,   :    1:23-cv-1618-GHW
:
                -v -                                      :    <u>ORDER</u>
:
NEW YORK CITY DEPARTMENT OF                                          :
EDUCATION,                                                           :
:
                             Defendant.      :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court understands, having reviewed Plaintiff's letter to Judge Lehrburger, Dkt. No. 12, that the parties do not consent to conduct all further proceedings in front of the assigned magistrate judge. Dkt. No. 12 at 2. Accordingly, the parties may disregard this Court's March 20, 2023 order issued earlier today. *See* Dkt. No. 13. The Court also notes that the parties should not expect that the Court will review filings in this case that are directed to the magistrate judge.

      SO ORDERED.

Dated: March 21, 2023
       New York, New York

                                                               GREGORY H. WOODS
                                                     United States District Judge